

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00334-CV

Louis **DORFMAN,** K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfma, Appellants

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek (Cross-Appellants), Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

On November 20, 2017, the parties filed an Agreed Motion to Set Briefing Schedule, requesting that this court set the briefing schedule as agreed-upon by the parties and further requesting an extension of time in which to file the appellants' and cross-appellants' opening briefs. We **GRANT** the parties' motion and set the briefing schedule as follows:

- Appellants' and cross-appellants' opening briefs are due on or before January 12, 2018;
- Appellees' and cross-appellees' briefs are due on or before February 26, 2018;
- Appellants' and cross-appellants' reply briefs are due on or before March 30, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court